# REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

The Grand Jury returned an Indictment on February 19, 2020, against Baquan Sledge, a/k/a Rell, a/k/a TJ, a/k/a Matthew Pierce, charging the following:

21 USC § 846 – Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
18 USC § 1956(h) – Money Laundering Conspiracy
21 USC §§ 841(a)(1) and 841(b)(1)(C) - Possession with Intent to Distribute Oxycodone
21 USC § 856 – Maintaining a Drug-Involved Premise
18 USC § 2 – Aiding and Abetting
21 USC § 853 - Forfeiture Allegation

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒   The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐   The United States recommends that:

   ☐   Bail be set at $ _____

   ☐   Defendant be detained without bail.

COMMENTS:

Dated: 2/19/2020

DREW H. WRIGLEY
United States Attorney

NICHOLAS W. CHASE
First Assistant United States Attorney