Local AO 442  (Rev. 10/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

AUG 2 0 2020

|  |  |  |
|---|---|---|
| United States of America | ) | DISTRICT OF NORTH DAKOTA |
| v. | ) | |
| Baquan Sledge | ) | Case No.   3:20-cr-42-01 |
| | ) | *1:00 p.m.* |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      Baquan Sledge

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
Money Laundering Conspiracy
Possession with Intent to Distribute Oxycodone
Maintaining a Drug-Involved Premise
Continuing Criminal Enterprise
Aiding and Abetting
Forfeiture Allegation

Date:   08/20/2020

*/s/ Jackie Stewart*
_____
*Issuing officer's signature*

City and state:   Fargo, ND

Jackie Stewart, Deputy Clerk
_____
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/20/2020 , and the person was arrested on *(date)* 8/18/2020
at *(city and state)* Detroit, MI

Date:  9/25/2020

_____
*Arresting officer's signature*

Mike Grovelin   DUSM
_____
*Printed name and title*

Case 3:20-cr-00042-PDW *SEALED* Document 373   Filed 08/20/20   Page 2 of 2

AO 442  (Rev. 10/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                          Weight:

Sex:                                                              Race:

Hair:                                                             Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: